# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ▾

| | |
|---|---|
| Howard Brown <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> City of Chattanooga, et al <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:24-cv-42

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Chattanooga
c/o Mayor Tim Kelly
101 E. 11th Street
Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Howard Brown
1003 W. Michigan Street
Hammond, LA 70401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/2/2024

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ▼

| | |
|---|---|
| Howard Brown | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| City of Chattanooga, et al | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-42

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karli Thomas
3410 Amnicola Hwy.
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Howard Brown
1003 W. Michigan Street
Hammond, LA 70401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/2/2024

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ☑

| | |
|---|---|
| Howard Brown | )<br>)<br>)<br>) |
| _Plaintiff(s)_ | )<br>) |
| v. | ) Civil Action No. 1:24-cv-42 |
| City of Chattanooga, et al | )<br>)<br>)<br>) |
| _Defendant(s)_ | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Sheriff Austin Garrett
600 Market Street
Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Brown
1003 W. Michigan Street
Hammond, LA 70401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 2/2/2024

_Signature of Clerk or Deputy Clerk_