# UNITED STATES DISTRICT COURT

for the

# EASTERN DISTRICT OF TENNESSEE

Case No.**1:24-cv-42-TRM-SKL**

**HOWARD BROWN**

**--Plaintiff --**

**-V.-**

**CITY OF CHATTANOOGA, a political subdivision of the State of Tennessee, KARLI THOMAS in both her individual capacity and her official capacity as an officer of the CHATTANOOGA POLICE DEPARTMENT, SHERIFF AUSTIN GARRETT in his individual and official capacity as HAMILITON COUNTY SHERIFF**

**--Defendants.—**

# PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENSE SHOULD NOT BE HELD IN CONTEMPT OF COURT

**COMES NOW,** Plaintiff, Howard Brown ("Plaintiff or Brown"), to move this Honorable Court pursuant with **FRCP Rule 11**, for an Order to Show Cause that directs Defendants' Counsel to explain why the Defense should not be held in contempt of court for failing to confer with Plaintiff as directed by this Honorable Court's Order (Doc. 35) and delaying the proceedings.

# SHOW CAUSE FOR LACK OF CONFERRAL WITH PLAINTIFF

Officer Thomas' attorney Ms. Varnell has been expeditious in communicating with the Plaintiff regarding discovery since the issuance of the Court's most recent order (Doc. 35.) After mostly complying with the Court's most recent order, Ms. Varnell has conferred with the Plaintiff and for the most part the parties have come to an agreement about some matters not brought before the court.

Further, Ms. Varnell started an email chain on Friday May 31, 2024, between Plaintiff and all Defense Counsels seeking to schedule a conference between all parties to confer about further discovery and the renewal of the protective order. Plaintiff replied the same day giving his availability for the week of June 3-7 stating that he would be available anytime Tuesday – Thursday for this call.

The Sheriff's Counsel, Ms. Milling, although somewhat compliant with Plaintiff's discovery requests after Plaintiff's second communication following the Court's most recent order (**Doc. 35**,) as stated in the good faith certificate (**Doc. 36-2**) (the first communication was ignored) has still failed to produce complete initial disclosures and production requests and has further failed to respond to follow up communication after her delivery of some of the Plaintiff's discovery requests.

Ms. Milling did not respond or participate in Ms. Varnell's email chain.

As stated in the Good Faith Certificate provided with document thirty-six (36) Mr. Noblett has not communicated with the Plaintiff since May 15, 2024, prior

to the Court's most recent order to confer, despite multiple attempts by the Plaintiff to contact Mr. Noblett, and Mr. Noblett did not respond or participate in Ms. Varnell's email chain either.

In fact, Mr. Noblett blatantly ignored the court's most recent order (Doc. 35) to confer when he filed a renewed motion for a protective order late on Friday afternoon (June 7, 2024, 14 days after the Court's Order on May 24, 2024) without any attempt to contact the Plaintiff.

## CONCLUSION

Plaintiff cannot confer with those that choose not to participate in communication with the Plaintiff, and both Ms. Milling and Mr. Noblett should be compelled to tell this Honorable Court AND the Plaintiff as to why they shouldn't be held in contempt of court for the delay in the proceedings, failure to comply with this Court's order, and failure to produce completed discovery.

**WHEREFORE,** Plaintiff moves this Honorable Court to Order Defendants to Show Cause as to why they should not be held in contempt of court for their actions explained above.

Respectfully Submitted,

By: ____ s/ Howard Brown _____
Howard G. Brown, Pro-Se Plaintiff
1003 W. Michigan Drive
Hammond, LA 70401
hgarybrown@gmail.com
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

**CERTIFICATE OF SERVICE**

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the **Motion to Show Cause** was provided by electronic service to:

Janie Parks Varnell
850 Fort Wood Street
Chattanooga, TN 37403

Phillip A. Noblett
100 E. 11th Street, Suite 200
Chattanooga, TN 37402

Sharon Milling
625 Georgia Avenue, Suite 204
Chattanooga, TN 37402
Hammond, Louisiana this 8th day of June, 2024.

________ s/ Howard Brown _______

Howard Brown
1003 W. Michigan Street
Hammond, LA 70401

