**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
900 Georgia Avenue, Room 309
Chattanooga, Tennessee 37402

# NOTICE OF EXHIBIT WITHDRAWAL

Dear Counsel:

Pursuant to Local Rule 43.3, this Notice is to advise counsel to pick up the exhibits in this case no later than **February 5, 2025**. If you would like to pick up these exhibits, please email, **stefanie_capetz@tned.uscourts.gov**, to schedule the pick-up. If these exhibits are not picked up by February 5, 2025, the Clerk is authorized to dispose of them.

By: *s/Stefanie Capetz*
Stefanie Capetz, Deputy Clerk
423-386-3540